11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Joseph "Joe" Walter Darlak,　　　　　* From the County Court at
　　　　　　　　　　　　　　　　　　Law of Taylor County,
　　　　　　　　　　　　　　　　　　Trial Court No. 1-1268-12.

Vs. No. 11-13-00177-CV　　　　　　　* August 15, 2013

City of Abilene,　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　McCall, J., and Willson, J.)

　　　This court has considered Joseph "Joe" Walter Darlak's motion for voluntary dismissal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Joseph "Joe" Walter Darlak.